UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

DEJAVUAI INC,

    Plaintiff(s),

v.

FYODOR KAPUSTIN,

    Defendant(s).

CASE NO. 2:25−cv−00915−JNW

MINUTE ORDER REASSIGNING CASE

This action has been assigned to the Honorable Jamal N Whitehead, United States District Judge. All future documents filed in this case must bear the cause number 2:25−cv−00915−JNW and bear the Judge's name in the upper right hand corner of the document.

DATED May 19, 2025

    Ravi Subramanian
    Clerk of Court

    By: /s/ Tim Farrell
        Deputy Clerk