THE HONORABLE JAMAL N WHITEHEAD

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DEJAVUAI, INC., a Washington corporation,<br><br>Plaintiff,<br><br>v.<br><br>FYODOR "TED" KEPUSTIN aka FYDOR "TED" KAPUSTINE, an individual<br><br>Defendant. | Cause No.2:25-cv-00915-JNW<br><br>**[PROPOSED] ORDER GRANTING EXTENSIONS OF DEADLINES**<br><br>**Note on Motion Calendar: May 30, 2025**<br><br>**Oral Argument Requested** |

This Court, having received and reviewed Defendant's Motion for Extensions of Time:

IT IS HEREBY ORDERED that Defendant's Motion is Granted: the deadline for Defendant filing its Answer be extended to August 5, 2025, and the deadline for show cause, be extended to August 11, 2025, respectively.

Dated this __day of June___, 2025

_____
United States District Judge

Presented by:

AEON Law, PLLC
Attorney for Defendant

By:

*/s/_Yan Song____*

PROPOSED ORDER
Cause No. 2:25-cv-00915-JNW

Page 1

AEON LAW, PLLC
1718 E. Olive Way
Seattle, WA 98102
Phone: 206.217.2200

1  Yan Song, WSBA No: 53611
2  AEON Law, PLLC
   1718 E. Olive Way
3  Seattle, Washington 98102
   Phone (206) 217-2200
4  Fax (206) 217-2201
5  regina@aeonlaw.com
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

PROPOSED ORDER
Cause No. 2:25-cv-00915-JNW                    Page 2

AEON LAW, PLLC
1718 E. Olive Way
Seattle, WA 98102
Phone: 206.217.2200

## **CERTIFICATE OF SERVICE**

I hereby certify on the date indicated below, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all parties who have appeared in this matter.

DATED: May 30, 2025                    /s/ *Yan Song*

PROPOSED ORDER
Cause No. 2:25-cv-00915-JNW

Page 3

AEON LAW, PLLC
1718 E. Olive Way
Seattle, WA 98102
Phone: 206.217.2200