THE HONORABLE JAMAL N WHITEHEAD

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DEJAVUAI, INC., a Washington corporation,<br><br>Plaintiff,<br><br>v.<br><br>FYODOR "TED" KEPUSTIN aka FYDOR "TED" KAPUSTINE, an individual<br><br>Defendant. | Cause No.2:25-cv-00915-JNW<br><br>**DEFENDANT'S COUNSEL'S MOTION TO WITHDRAW**<br><br>**Note on Motion Calendar: June 24, 2025** |

## INTRODUCTION

Pursuant to Local Civil Rule 83.2, Counsel for Defendant's undersigned counsel respectfully requests that the Court grant leave for her to withdraw from representation of FYODOR "TED" KEPUSTIN aka FYDOR "TED" KAPUSTINE in the above-captioned action.

The last known address and telephone number for FYODOR "TED" KEPUSTIN aka FYDOR "TED" KAPUSTINE is:

446 164th Ave NE

Bellevue, WA 98008

Telephone: (425)240-4627\

## PROCEDURAL POSTURE

MOTION TO WITHDRAW
Cause No. 2:25-cv-00915-JNW

Page 1

AEON LAW, PLLC
1718 E. Olive Way
Seattle, WA 98102
Phone: 206.217.2200

This action was filed on May 16, 2025. Defendant filed its notice of appearance on May 21, 2025 (Dkt#16). On May 22, 2025, this Court issued a Temporary Restraining Order (Dkt#21), setting a deadline to Show Cause on or before June 12, 2025. On May 30, 2025, Defendant filed a Motion for Extensions (Dkt#22), asking for 60-day extensions of Answer deadline and Show Cause deadline, respectively.

## **ARGUMENT**

Local Civil Rule 83.2 requires leave of the court before an attorney may withdraw an appearance in a case. An attorney's request to withdraw "is a matter for the Court's discretion." *Equal Emp't Opportunity Comm'n v. Matamoros*, No. 15-1563-RAJ, 2017 WL 27294049, at *1 (W.D. Wash. June 28, 2017). The Court considers (1) the reasons why withdrawal is sought; (2) the prejudice withdrawal may cause to other litigants; (3) the harm withdrawal might cause to the administration of justice; and (4) the degree to which withdrawal will delay the resolution of the case. *Curtis*, No. C12-0991JLR, 2014 WL 556010, at *4 (W.D. Wash. Feb. 12, 2014). "The attorney will ordinarily be permitted to withdraw until sixty days before the discovery cut off date in a civil case." L.C.R. 83.2(b)(1).

To request withdrawal, counsel must file a motion including "a certification that the motion was served on the client and opposing counsel." *Curtis v. Illumination Arts, Inc.*, No. 7 C12-0991JLR, 2014 WL 556010, at *3 (W.D. Wash. Feb. 12, 2014).

**A. Professional Considerations Require Withdrawal In That Counsel Is Unable to Provide Effective Counsel to Defendant**

In undersigned counsel's professional judgment, she is no longer able to provide effective representation to Defendant and that Defendant would be better served with other lawyers. "[T]hese considerations implicate sensitive matters concerning [Counsel's] attorney-

MOTION TO WITHDRAW
Cause No. 2:25-cv-00915-JNW　　　　　　Page 2

AEON LAW, PLLC
1718 E. Olive Way
Seattle, WA 98102
Phone: 206.217.2200

client relationship" with Defendant. E*qual Emp't Opportunity Comm'n*, No. 15-1563-RAJ, 2017 WL 27294049, at *2. Accordingly, it would be inappropriate to state here the details supporting these considerations. See Washington Rules of Prof'l Conduct r. 1.6; *Equal Emp't Opportunity Comm'n*, No. 15-7 1563-RAJ, 2017 WL 27294049, at *2. If the Court requires further explanation, Counsel requests that she be permitted to present that information *in camera*. In addition, Counsel has obtained Defendant's consent for withdrawal.

### B. Counsel's Withdrawal Will Not Prejudice Other Litigants, Harm the Administration of Justice, or Delay the Resolution of the Case.

This case is at its very early stage and has only one other litigant, namely, the Plaintiff, DejaVuAI, Inc. No Answer has been filed and the formal discovery has not even begun. There has been a need for extensions for a good cause because Defendant is actively looking for new counsel. There is no indication that a short extension will prejudice Plaintiff since this case has just started. A short extension of the existing deadlines to enable new counsel to become familiar with the case will not delay this proceeding in proportion to its infancy. Indeed, forcing Defendant to proceed with counsel who is not confident in her abilities to provide effective representation is far more likely to work an injustice than a minor delay in a case that has just begun.

### C. Counsel Has Served the Motion on All Parties, Including Defendant.

Concurrently with the filing of this Motion, Counsel served all adverse parties via ECF. The same day undersigned Counsel filed the Motion, she served, by email, FYODOR "TED" KEPUSTIN aka FYDOR "TED" KAPUSTINE. Song Decl.¶ 5.

### CONCLUSION

MOTION TO WITHDRAW
Cause No. 2:25-cv-00915-JNW

Page 3

AEON LAW, PLLC
1718 E. Olive Way
Seattle, WA 98102
Phone: 206.217.2200

For the reasons stated above, undersigned counsel respectfully requests that the Court grants her leave to withdraw from representation of FYODOR "TED" KEPUSTIN aka FYDOR "TED" KAPUSTINE.

Dated: June 3, 2025                Respectfully submitted,

*/s/ Yan Song*
Yan Song, WSBA No: 53611
**AEON Law, PLLC**
1718 E. Olive Way
Seattle, Washington 98102
Phone (206) 217-2200
Fax (206) 217-2201
regina@aeonlaw.com

Attorney for Defendant

MOTION TO WITHDRAW
Cause No. 2:25-cv-00915-JNW
Page 4
AEON Law, PLLC
1718 E. Olive Way
Seattle, WA 98102
Phone: 206.217.2200

# CERTIFICATE OF SERVICE

I hereby certify on the date indicated below, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all parties who have appeared in this matter.

DATED: June 3, 2025                     /s/ *Yan Song*

MOTION TO WITHDRAW
Cause No. 2:25-cv-00915-JNW

Page 5

AEON LAW, PLLC
1718 E. Olive Way
Seattle, WA 98102
Phone: 206.217.2200