UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DEJAVUAI, INC., a Washington corporation,<br><br>Plaintiff,<br><br>v.<br><br>FYODOR "TED" KEPUSTIN aka FYDOR "TED" KAPUSTINE, an individual<br><br>Defendant. | Cause No.2:25-cv-00915-JNW<br><br>**DECLARATION OF YAN SONG IN SUPPORT OF DEFENDANT'S COUNSEL'S MOTION TO WITHDRAW**<br><br>**Note on Motion Calendar: June 24, 2025** |

I, Yan Song, under penalty of perjury under the laws of the United States, state and declare as follows:

1. I am counsel for FYODOR "TED" KEPUSTIN aka FYDOR "TED" KAPUSTINE , the Defendant in the above captioned matter.

2. Professional considerations require that I withdraw from representation.

3. In particular, in my professional assessment, I do not believe I can provide effective representation to Defendant. I further believe that Defendant would be better served by other lawyers.

4. On June 2, 2025 via a Zoom meeting, I advised Defendant that I would need to withdraw from the case pursuant to the provisions of the representation agreement I entered into with him.

MOTION TO WITHDRAW
Cause No. 2:25-cv-00915-JNW

Page 1

AEON LAW, PLLC
1718 E. Olive Way
Seattle, WA 98102
Phone: 206.217.2200

5. On the same day I filed Defendant's Counsel's Motion to Withdraw, I served Defendant via email.

Dated: June 3, 2025

                                                  */s/ Yan Song*
                                                  Yan Song

MOTION TO WITHDRAW
Cause No. 2:25-cv-00915-JNW
Page 2

AEON LAW, PLLC
1718 E. Olive Way
Seattle, WA 98102
Phone: 206.217.2200

# CERTIFICATE OF SERVICE

I hereby certify on the date indicated below, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all parties who have appeared in this matter.

DATED: June 3, 2025 /s/ *Yan Song*

MOTION TO WITHDRAW
Cause No. 2:25-cv-00915-JNW
Page 3

AEON LAW, PLLC
1718 E. Olive Way
Seattle, WA 98102
Phone: 206.217.2200