The Honorable Jamal N. Whitehead

# UNITED STATES COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| DEJAVUAI INC., <br><br> Plaintiff, <br><br> v. <br><br> FYODOR KAPUSTIN also known as TED also known as FYODOR KAPUSTINE, <br><br> Defendant. | No. 2:25-cv-00915-JNW <br><br><br> **NOTICE OF APPEARANCE** |

TO:  CLERK OF THE COURT

AND TO:  ALL PARTIES AND THEIR COUNSEL OF RECORD

PLEASE TAKE NOTICE that Zhizhou Wang and Xinyuan Zhang of Shanze Partners PLLC, hereby enter appearance in the above-captioned matter on behalf of Defendant Fyodor Kapustin and request that all further papers and pleadings given or filed in this case, exclusive of the original process, be served upon the undersigned at the following address and email addresses below:

>**SHANZE PARTNERS PLLC**
>**701 5th Ave, Suite 4200**
>**Seattle, WA 98104**
>Attn: Xinyuan "Echo" Zhang
>echozhang@shanzepartners.com

DATED: July 10, 2025.

Notice of Appearance - 1

**SHANZE PARTNERS PLLC**
701 5th Avenue, Suite 4200
Seattle, WA 98104
Phone: 206-262-7488
Fax:   206-279-1965

SHANZE PARTNERS PLLC

By: */s/Xinyuan Zhang*
Zhizhou Wang, WSBA #53166
Xinyuan Zhang, WSBA #61313
SHANZE PARTNERS PLLC
701 5th Ave, Suite 4200
Seattle, WA 98104
leowang@shanzepartners.com
echozhang@shanzepartners.com
*Attorneys for Defendant Fyodor Kapustin*

Notice of Appearance - 2

**SHANZE PARTNERS PLLC**
701 5th Avenue, Suite 4200
Seattle, WA 98104
Phone: 206-262-7488
Fax:   206-279-1965

**CERTIFICATE OF SERVICE**

I hereby certify that on July 10, 2025, I caused the foregoing document to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of the filing to all counsel of record.

DATED this July 10, 2025.

Respectfully submitted,

Shanze Partners PLLC

*/s/ Xinyuan Zhang*
WSBA #61313

Notice of Appearance - 3

SHANZE PARTNERS PLLC
701 5th Avenue, Suite 4200
Seattle, WA 98104
Phone: 206-262-7488
Fax:   206-279-1965