The Honorable Jamal N. Whitehead

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| DEJAVUAI, INC., a Washington corporation,<br><br>　　　　　　Plaintiff/Counter-Defendant,<br><br>v.<br><br>FYODOR "TED" KAPUSTIN aka FYDOR "TED" KAPUSTINE, an individual,,<br><br>　　　　　　Defendant/Counter-Plaintiff. | No. 2:25-cv-00915<br><br>DEJAVUAI'S REPLY IN SUPPORT OF MOTION TO COMPEL ARBITRATION AND STAY CERTAIN CLAIMS |

## **ARGUMENT ON REPLY**

On June 27, 2025, Plaintiff/Counter-Defendant DejaVuAI, Inc. ("DejaVuAI") filed a Motion to Compel Arbitration and Stay Certain Claims (the "Motion"), Dkt 37, in lieu of an answer to Defendant/Counter-Plaintiff Fyodor Kapustin's Answer and Counterclaim, Dkt 28. The Motion requested that the Court stay proceedings on Mr. Kapustin's Counterclaim (Unjust Enrichment) and Counts III (Breach of Proprietary Information and Invention Assignment Agreement ("PIIAA")) and V (Misappropriation of Trade Secrets) and compel the parties to arbitrate these claims pursuant to the mandatory arbitration clause in § 10(a) of the PIIAA. *See* Declaration of Johnny Kessler, Ex. D, Dkt 38-4 at 6.

DejaVuAI noted the present Motion for consideration on July 25, 2025, in compliance with the Local Civil Rules. LCR 7(d)(4). The Rules further required Mr. Kapustin to file and serve

DEJAVUAI'S REPLY IN SUPPORT OF MOTION TO COMPEL ARBITRATION
AND STAY CERTAIN CLAIMS
CASE NUMBER 2:25-CV-00915 - 1

K&L GATES LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: +1 206 623 7580
FACSIMILE: +1 206 623 7022

opposition papers no later than July 18, 2025. *Id.* ("Any opposition papers shall be filed and received by the moving party no later than 21 days after the filing date of the motion."). Mr. Kapustin did not file or serve opposition papers by that deadline.

Pursuant to LCR 7(b)(2), "if a party fails to file papers in opposition to a motion, such failure may be considered by the court as an admission that the motion has merit." DejaVuAI, accordingly, submits that the Court should grant the present Motion.

It is now apparent, however, that an interaction of procedural rules and prior rulings will result in the present Motion becoming ripe for decision before the currently pending preliminary injunction proceedings are resolved.[1] Because the preliminary injunction involves issues and a claim that would be stayed upon entry of an order granting the present Motion, DejaVuAI respectfully requests that the Court grant the Motion but hold its ruling in abeyance until all requests for preliminary relief are definitively resolved.

## CONCLUSION

For the foregoing reasons and those in the Motion to Compel Arbitration and Stay Certain Claims, DejaVuAI respectfully requests that, upon resolution of the pending preliminary injunction proceeding and confirmation from the parties that no further requests for preliminary relief are anticipated, the Court stay and compel arbitration on Mr. Kapustin's Counterclaim and Counts III and V of DejaVuAI's Complaint.

---

[1] DejaVuAI could not wait to move to compel arbitration until preliminary relief questions were definitively resolved because Mr. Kapustin's Answer and Counterclaim triggered a 21-day deadline for DejaVuAI to file a responsive pleading or motion, *see* Fed. R. Civ. P. 12(a)(1)(B), and DejaVuAI would risk waiving its arbitration rights if it filed a substantive answer or otherwise litigated the merits of the arbitrable counterclaim. *See Armstrong v. Michaels Stores, Inc.*, 59 F.4th 1011, 1015 (9th Cir. 2023) (a party generally waives a known right to mandatory arbitration "when it (1) makes an intentional decision not to move to compel arbitration and (2) actively litigates the merits of a case for a prolonged period of time"). After he filed his Answer and Counterclaim, Mr. Kapustin obtained a 30-day extension of his deadline to respond to the Court's order to show cause regarding converting its Temporary Restraining Order into a preliminary injunction. Minute Order, Dkt 33. Mr. Kapustin's new deadline fell several weeks after DejaVuAI's deadline to file the present Motion in response to his Counterclaim, which resulted in DejaVuAI's request to stay proceedings on certain claims becoming ripe for decision while its request that Mr. Kapustin be preliminarily enjoined based on one of those claims remained pending.

DEJAVUAI'S REPLY IN SUPPORT OF MOTION TO COMPEL ARBITRATION
AND STAY CERTAIN CLAIMS
CASE NUMBER 2:25-CV-00915 - 2

K&L GATES LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: +1 206 623 7580
FACSIMILE: +1 206 623 7022

1  DATED this 25th day of July, 2025

                                              Respectfully submitted,

                                              K&L GATES LLP

By: */s/ Spencer McCandless*
    John T. Bender, WSBA # 49658
    Spencer McCandless, WSBA # 60871

925 Fourth Avenue
Suite 2900
Seattle, Washington  98104-1158
Tel: +1 206 623 7580
Fax: +1 206 623 7022
Email: John.Bender@klgates.com
       Spencer.McCandless@klgates.com

*Attorneys for Plaintiff/Counter-Defendant DejaVuAI, Inc.*

DEJAVUAI'S REPLY IN SUPPORT OF MOTION TO COMPEL ARBITRATION
AND STAY CERTAIN CLAIMS
CASE NUMBER 2:25-CV-00915 - 3

**K&L GATES LLP**
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON  98104-1158
TELEPHONE: +1 206 623 7580
FACSIMILE: +1 206 623 7022

# CERTIFICATE OF SERVICE

I certify that on this date I arranged for a copy of the foregoing document to be served on the parties listed below as indicated:

**VIA ELECTRONIC COURT SERVICE**

Zizhou Wang
Xinyuan Zhang
Shanze Partners PLLC
701 5th Ave, Suite 4200
Seattle, WA 98104

*Attorneys for
Defendant/Counter-Plaintiff
Fyodor Kapustin*

DATED this 25th day of July, 2025.

Respectfully submitted,

K&L GATES LLP

By:   */s/ Spencer McCandless*
       Spencer McCandless
925 Fourth Avenue
Suite 2900
Seattle, Washington  98104-1158
Tel: +1 206 623 7580
Fax: +1 206 623 7022
Email: Spencer.McCandless@klgates.com

*Attorney for Plaintiff/Counter-Defendant
DejaVuAI, Inc.*

DEJAVUAI'S REPLY IN SUPPORT OF MOTION TO COMPEL ARBITRATION
AND STAY CERTAIN CLAIMS
CASE NUMBER 2:25-CV-00915 - 4

K&L GATES LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON  98104-1158
TELEPHONE:  +1 206 623 7580
FACSIMILE: +1 206 623 7022