The Honorable Jamal N. Whitehead

# UNITED STATES COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| DEJAVUAI INC., <br><br> Plaintiff, <br><br> v. <br><br> FYODOR KAPUSTIN also known as TED also known as FYODOR KAPOUSTINE, <br><br> Defendant. | 2:25-cv-00915-JNW <br><br> **[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION FOR RECONSIDERATION** |

This matter comes before the Court on Defendant Fedor Kapoustine's Motion for Reconsideration of the Court's Preliminary Injunction Order (Dkt. 69), pursuant to Local Civil Rule 7(h). Having reviewed the motion and all supporting materials, and good cause appearing,

IT IS HEREBY ORDERED that Defendant's Motion for Reconsideration is GRANTED.

IT IS FURTHER ORDERED that Paragraph (d) of the Preliminary Injunction Order (Dkt. 69 at pp. 23-24) is STRICKEN in full.

[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION FOR RECONSIDERATION - 1  Case No. 2:25-cv-00915-JNW

SHANZE PARTNERS PLLC
701 5th Avenue, Suite 4200
Seattle, WA 98104
Phone: 206-262-7488
Fax: 206-279-1965

1  The remainder of the Preliminary Injunction Order (Dkt. 69) remains in effect.

2  IT IS SO ORDERED.

3

4  _____

5  Hon. Jamal N. Whitehead
   United States District Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER GRANTING
DEFENDANT'S MOTION FOR
RECONSIDERATION - 2  Case No. 2:25-cv-
00915-JNW

SHANZE PARTNERS PLLC
701 5th Avenue, Suite 4200
Seattle, WA 98104
Phone: 206-262-7488
Fax: 206-279-1965

Presented by:

SHANZE PARTNERS PLLC

By: <u>*/s/ Xinyuan Zhang*</u>
Xinyuan Zhang, WSBA #61313
Zhizhou Wang, WSBA #53166
SHANZE PARTNERS PLLC
701 5th Ave, Suite 4200
Seattle, WA 98104
leowang@shanzepartners.com
echozhang@shanzepartners.com

[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION FOR RECONSIDERATION - 3  Case No. 2:25-cv-00915-JNW

SHANZE PARTNERS PLLC
701 5th Avenue, Suite 4200
Seattle, WA 98104
Phone: 206-262-7488
Fax: 206-279-1965

## CERTIFICATE OF SERVICE

I hereby certify that on October 1, 2025, I caused the foregoing document to be electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of the filing to all counsel of record.

DATED this October 1, 2025.

          Respectfully submitted,

          Shanze Partners PLLC

          */s/ Xinyuan Zhang*
          Xinyuan Zhang, WSBA #61313

[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION FOR RECONSIDERATION - 4  Case No. 2:25-cv-00915-JNW

SHANZE PARTNERS PLLC
701 5th Avenue, Suite 4200
Seattle, WA 98104
Phone: 206-262-7488
Fax: 206-279-1965