UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DEJAVUAI INC., | CASE NO. 2:25-cv-00915-JNW |
| Plaintiff, | ORDER |
| v. | |
| FYODOR KAPUSTIN also known as TED also known as FYODOR KAPUSTINE, | |
| Defendant. | |

Plaintiff's motion to seal portions of motion for temporary restraining order comes before the Court. Dkt. No. 67. Plaintiff moves to seal Dkt. Nos. 5–9 and all attached exhibits in their entirety. Motions to seal must include "[a] specific statement of the applicable legal standard and the reasons for keeping a document under seal." LCR 5(g)(3)(B). This standard applies to each document that the moving party wishes to seal and to each proposed redaction.

Here, Plaintiff asks to seal many documents that it filed separately, publicly. As the documents are public, there is no good cause to seal them under LCR 5(g). Accordingly, the motion to seal is DENIED with leave to renew. Dkt. No. 67. If

**ORDER** - 1

Plaintiff elects to renew its motion to seal, it must do so by November 12, 2025, and it must not ask to seal documents it has separately filed publicly, without redaction. The provisionally sealed documents shall REMAIN SEALED unless and until the Court orders otherwise.

Dated this 31st day of October, 2025.

Jamal N. Whitehead
United States District Judge

**ORDER** - 2