UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| DEJAVUAI, INC., a Washington Corporation,<br><br>                  Plaintiff/Counter-Defendant,<br><br>v.<br><br>FYODOR "TED" KAPUSTIN aka FYDOR "TED" KAPUSTINE, an individual,<br><br>                  Defendant/Counter-Plaintiff. | No. 2:25-cv-00915<br><br>DEJAVUAI'S SECOND RENEWED MOTION TO SEAL PORTIONS OF MOTION FOR TEMPORARY RESTRAINING ORDER AND RELATED DOCUMENTS<br><br>NOTE ON MOTION CALENDAR:<br>                  December 3, 2025 |

      Plaintiff DejaVuAI, Inc. ("DejaVuAI" or the "Company") respectfully renews its request[1] that the Court maintain under seal portions of its previously filed Motion for Temporary Restraining Order and Order to Show Cause ("Motion for TRO"), Dkt 5, and the declarations and exhibits in support thereof, Dkts 6-10.

      DejaVuAI mistakenly believed the Court desired full unredacted versions of the Motion for TRO and supporting materials filed under seal rather than only those portions of the filings whose public counterparts were redacted in whole or in part.[2] In light of the Court's clarification,

---

[1] In the interest of preserving the parties' and Court's time and resources, DejaVuAI incorporates by reference the background, evidence, and arguments presented in its first Renewed Motion to Seal and Declaration of Johnny Kessler in support thereof, Dkts 67 & 67-1.

[2] References to redaction in this motion do not include irrelevant sensitive information that was redacted pursuant to LCR 5(g)(1)(B) in both the public and sealed versions of the filings.

DEJAVUAI'S SECOND RENEWED MOTION TO SEAL
CASE NO. 2:25-CV-00915 - 1

K&L GATES LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: +1 206 623 7580
FACSIMILE: +1 206 623 7022

DejaVuAI revises its request and seeks to maintain under seal only the following unredacted filings: [3]

- Dkt 5, the Motion for TRO;
- Dkt 6, the Declaration of Johnny Kessler in Support of Plaintiff's Motion for Temporary Restraining Order (the "Kessler Declaration")
    - Dkt 6-8, Exhibit 8 to the Kessler Declaration;
    - Dkt 6-9, Exhibit 9 to the Kessler Declaration;
    - Dkt 6-10, Exhibit 10 to the Kessler Declaration;
    - Dkt 6-11, Exhibit 11 to the Kessler Declaration;
    - Dkt 6-12, Exhibit 12 to the Kessler Declaration;
    - Dkt 6-15, Exhibit 15 to the Kessler Declaration;
    - Dkt 6-16, Exhibit 16 to the Kessler Declaration;
    - Dkt 6-17, Exhibit 17 to the Kessler Declaration;
    - Dkt 6-18, Exhibit 18 to the Kessler Declaration;
    - Dkt 6-19, Exhibit 19 to the Kessler Declaration;
    - Dkt 6-20, Exhibit 20 to the Kessler Declaration;
    - Dkt 6-22, Exhibit 22 to the Kessler Declaration;
- Dkt 7, the Declaration of Michael B. Lubic in Support of Plaintiff's Motion for Temporary Restraining Order (the "Lubic Declaration")
    - Dkt 7-6, Exhibit E to the Lubic Declaration;
    - Dkt 7-7, Exhibit F to the Lubic Declaration;
    - Dkt 7-8, Exhibit G to the Lubic Declaration;
    - Dkt 7-9, Exhibit H to the Lubic Declaration;
    - Dkt 7-10, Exhibit I to the Lubic Declaration;

---

[3] DejaVuAI also respectfully requests pursuant to LCR 5(g)(6) that, if the option remains available in the current procedural posture, the identified documents be withdrawn from the docket in the event the Court denies this second renewed motion.

DEJAVUAI'S SECOND RENEWED MOTION TO SEAL
CASE NUMBER 2:25-CV-00915 - 2

K&L GATES LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: +1 206 623 7580
FACSIMILE: +1 206 623 7022

- - o   Dkt 7-11, Exhibit J to the Lubic Declaration;
- Dkt 8, the Declaration of Leon Worthen in Support of Plaintiff's Motion for Temporary Restraining Order (the "Worthen Declaration")
  - o   Dkt 8-3, Exhibit C to the Worthen Declaration;
  - o   Dkt 8-4, Exhibit D to the Worthen Declaration;
- Dkt 9-1, Exhibit A to the Declaration of Christian Berg in Support of Plaintiff's Motion for Temporary Restraining Order (the "Berg Declaration").

DejaVuAI consents to all documents other than those identified above that are filed under seal in docket entries 6 through 9 being unsealed or struck from the docket as the Court deems appropriate.

DATED this 12th day of November, 2025

Respectfully submitted,

K&L GATES LLP

By: /s/Spencer McCandless
   John T. Bender, WSBA # 49658
Spencer McCandless, WSBA # 60871

925 Fourth Avenue
Suite 2900
Seattle, Washington 98104-1158
Tel: +1 206 623 7580
Fax: +1 206 623 7022
Email: John.Bender@klgates.com
       Spencer.McCandless@klgates.com

Attorneys for Plaintiff/Counter-Defendant
DejaVuAI, Inc.

DEJAVUAI'S SECOND RENEWED MOTION TO SEAL
CASE NUMBER 2:25-CV-00915 - 3

K&L GATES LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: +1 206 623 7580
FACSIMILE: +1 206 623 7022

# CERTIFICATE OF SERVICE

I certify that on this date I arranged for a copy of the foregoing document to be served on the parties listed below as indicated:

**VIA ELECTRONIC COURT SERVICE**

Zizhou Wang
Xinyuan Zhang
Shanze Partners PLLC
701 5th Ave, Suite 4200
Seattle, WA 98104

*Attorneys for Attorneys for Defendant/Counter-Plaintiff Fyodor Kapustin*

DATED this 12th day of November, 2025.

Respectfully submitted,

K&L GATES LLP

By: /s/ Spencer McCandless
   Spencer McCandless
925 Fourth Avenue
Suite 2900
Seattle, Washington 98104-1158
Tel: +1 206 623 7580
Fax: +1 206 623 7022
Email: Spencer.McCandless@klgates.com

DEJAVUAI'S SECOND RENEWED MOTION TO SEAL - 4

K&L GATES LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: +1 206 623 7580
FACSIMILE: +1 206 623 7022