The Honorable Jamal N. Whitehead
Noting Date: April 20, 2026

# UNITED STATES COURT
## WESTERN DISTRICT OF WASHINGTON
## AT SEATTLE

DEJAVUAI INC.,

           Plaintiff,

v.

FYODOR KAPUSTIN also known as TED also known as FYODOR KAPOUSTINE,

           Defendant.

2:25-cv-00915-JNW

**[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION FOR RECONSIDERATION**

This matter comes before the Court on Defendant Fedor Kapoustine ("Defendant" or "Mr. Kapoustine")'s Counsel's Motion to Withdraw.

IT IS HEREBY GRANTED AND ORDERED that Counsel for Defendant is hereby withdrawn from representation of Defendant Mr. Kapoustine in this matter.

SHANZE PARTNERS PLLC
701 5th Avenue, Suite 4200
Seattle, WA 98104
Phone: 206-262-7488
Fax: 206-279-1965

IT IS SO ORDERED.

_____
Hon. Jamal N. Whitehead
United States District Judge

Presented by:

SHANZE PARTNERS PLLC

By:    /s/ Zhizhou Wang
       Zhizhou Wang, WSBA #53166

       /s/ Xinyuan Zhang
       Xinyuan Zhang, WSBA #61313
       SHANZE PARTNERS PLLC
       701 5th Ave, Suite 4200
       Seattle, WA 98104
       leowang@shanzepartners.com
       echozhang@shanzepartners.com
       *Withdrawing attorneys for Defendant*

[PROPOSED] ORDER GRANTING
DEFENDANT'S MOTION FOR
RECONSIDERATION - 2  Case No. 2:25-cv-
00915-JNW

SHANZE PARTNERS PLLC
701 5th Avenue, Suite 4200
Seattle, WA 98104
Phone: 206-262-7488
Fax: 206-279-1965

**CERTIFICATE OF SERVICE**

I hereby certify that on March 30, 2026, I caused the foregoing document to be electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of the filing to all counsel of record.

I hereby certify that on March 30, 2026, I also caused the foregoing document to be sent via email to Defendant Fedor Kapoustine at his email address ted.kapustin@pm.me and to Plaintiff's counsel on record at john.bender@klgates.com and spencer.mccandless@klgates.com.

DATED this March 30, 2026.

Respectfully submitted,

Shanze Partners PLLC

*/s/ Xinyuan Zhang*
Xinyuan Zhang, WSBA #61313

[PROPOSED] ORDER GRANTING
DEFENDANT'S MOTION FOR
RECONSIDERATION - 3  Case No. 2:25-cv-
00915-JNW

SHANZE PARTNERS PLLC
701 5th Avenue, Suite 4200
Seattle, WA 98104
Phone: 206-262-7488
Fax: 206-279-1965