UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

DEJAVUAI INC.,

Plaintiff,

v.

FYODOR KAPUSTIN also known as
TED also known as FYODOR
KAPUSTINE,

Defendant.

CASE NO. 2:25-cv-00915-JNW

ORDER DENYING PLAINTIFF'S
EMERGENCY REQUEST

On March 30, 2026, Plaintiff DejaVuAI, Inc. filed an "emergency request." Dkt. No. 82. The Court construes the filing as a motion, even though it was not filed or noted as one. The motion was filed pro se, but DejaVuAI is a corporation represented by counsel, so either fact standing alone bars its motion. First, corporations cannot appear pro se in federal court. *D-Beam Ltd. P'ship v. Roller Derby Skates, Inc.*, 366 F.3d 972, 973–74 (9th Cir. 2004) ("It is a longstanding rule that 'corporations and other unincorporated associations must appear in court through an attorney.'") (quoting *Licht v. Am. W. Airlines*, 40 F.3d 1058, 1059 (9th Cir.1994). Second, represented parties may not file pro se motions. *See United*

ORDER DENYING PLAINTIFF'S EMERGENCY REQUEST - 1

*States v. McClellon*, No. 2:22-CR-00073-LK, 2024 WL 3400919, at *1 (W.D. Wash. July 12, 2024) (citing *Krongkiet v. Beard*, 597 F. App'x 416, 417 (9th Cir. 2015) ("[T]he trial court need not entertain [a pro se] motion while [a defendant] remain[s] represented by counsel.")); LCR 83.2(b)(5).

Accordingly, the motion is DENIED. Dkt. No. 82. Plaintiff may renew its motion through counsel.

Dated this 2nd day of April, 2026.

Jamal N. Whitehead
United States District Judge

ORDER DENYING PLAINTIFF'S EMERGENCY REQUEST - 2