The Honorable Jamal N. Whitehead
Noting Date: April 20, 2026

# UNITED STATES COURT
## WESTERN DISTRICT OF WASHINGTON
## AT SEATTLE

DEJAVUAI INC.,

                Plaintiff,

v.

FYODOR KAPUSTIN also known as TED also known as FYODOR KAPOUSTINE,

                Defendant.

2:25-cv-00915-JNW

**ORDER GRANTING DEFENDANT'S MOTION TO WITHDRAW**

This matter comes before the Court on Defendant Fedor Kapoustine ("Defendant" or "Mr. Kapoustine")'s Counsel's Motion to Withdraw.

IT IS HEREBY GRANTED AND ORDERED that Counsel for Defendant is hereby withdrawn from representation of Defendant Mr. Kapoustine in this matter.

ORDER GRANTING DEFENDANT'S
MOTION TO WITHDRAW - 1 Case No. 2:25-
cv-00915-JNW

SHANZE PARTNERS PLLC
701 5th Avenue, Suite 4200
Seattle, WA 98104
Phone: 206-262-7488
Fax: 206-279-1965

IT IS SO ORDERED.


Dated: May 13, 2026


Jamal N. Whitehead
United States District Judge


Presented by:


SHANZE PARTNERS PLLC


By:    */s/ Zhizhou Wang*
       Zhizhou Wang, WSBA #53166

       */s/ Xinyuan Zhang*
       Xinyuan Zhang, WSBA #61313
       SHANZE PARTNERS PLLC
       701 5th Ave, Suite 4200
       Seattle, WA 98104
       leowang@shanzepartners.com
       echozhang@shanzepartners.com
       *Withdrawing attorneys for Defendant*

ORDER GRANTING DEFENDANT'S
MOTION TO WITHDRAW - 2  Case No. 2:25-
cv-00915-JNW

SHANZE PARTNERS PLLC
701 5th Avenue, Suite 4200
Seattle, WA 98104
Phone: 206-262-7488
Fax: 206-279-1965