Hon. Jamal N. Whitehead

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| DEJAVUAI INC., | NO. 2:25-CV-00915-JNW |
| Plaintiff, | ORDER GRANTING MOTION TO WITHDRAW |
| v. | |
| FYODOR KAPUSTIN also known as TED also known as FYODOR KAPUSTINE, | [~~PROPOSED~~] |
| Defendant. | |

This matter comes before the Court on the Motion to Withdraw of attorneys John T. Bender and Spencer McCandless of the law firm K&L Gates LLP. It is hereby **ORDERED** that the motion is **GRANTED**.

Dated May 13, 2026

*[signature]*

Jamal N. Whitehead
United States District Judge

Prepared by:

*s/ Brennen Johnson*
Brennen Johnson, WSBA 51665
2115 N. 30th St., Ste. 101
Tacoma, WA 98403
(253) 216-2642
brennen@demaineseeberger.com

ORDER GRANTING MOTION TO WITHDRAW – 1

**dS** deMaine Seeberger PLLC
2115 N. 30th St., Ste. 101
Tacoma, WA 98403
(253) 216-2642