Hon. Jamal N. Whitehead

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| DEJAVUAI INC.,<br><br>Plaintiff,<br>v.<br><br>FYODOR KAPUSTIN also known as TED also known as FYODOR KAPUSTINE,<br><br>Defendant. | NO. 2:25-CV-00915-JNW<br><br>ORDER DENYING DEFENDANT'S MOTION TO DISMISS [PROPOSED] |

This matter comes before the Court on Defendant Fedor Kapoustine's motion to dismiss. Dkt. 98. Having reviewed the papers submitted by both parties and the remainder of the file, it is hereby **ORDERED** that Defendant's Motion to Dismiss is **DENIED**.

SIGNED this _______ day of __________________, 2026.

______________________________
HON. JAMAL H. WHITEHEAD
UNITED STATES DISTRICT JUDGE

Presented by:

*s/Brennen Johnson*
Brennen Johnson
deMaine Seeberger PLLC
2115 N. 30th St., Ste. 101
Tacoma, WA 98403-3318
brennen@demaineseeberger.com
*Attorney for Plaintiff DejaVuAI, Inc.*