Hon. Jamal N. Whitehead

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| DEJAVUAI INC.,<br><br>Plaintiff,<br>v.<br><br>FYODOR KAPUSTIN also known as TED also known as FYODOR KAPUSTINE,<br><br>Defendant. | NO. 2:25-cv-00915-JNW<br><br>DECLARATION OF BRENNEN JOHNSON IN SUPPORT OF PLAINTIFF'S RESPONSE TO MOTION TO DISMISS |

I, Brennen Johnson, am an attorney representing Plaintiff DejaVuAI Inc. in this matter, and I submit this Declaration upon personal knowledge and in support of Plaintiff's Response to Defendant's Motion to Dismiss.

1. On September 25, 2026, DejaVuAI Inc. filed an arbitration demand against Defendant Fedor Kapoustine with the American Arbitration Association ("AAA"). Attached as **Exhibit 1** is a true and correct copy of the confirmation of the online filing of DejaVuAI Inc's arbitration demand with AAA.
2. Attached as **Exhibit 2** is a true and correct copy of email correspondence sent from undersigned counsel to Mr. Kapoustine on September 25, 2026, regarding the filing of the arbitration demand.



deMaine Seeberger PLLC
2115 N. 30th St., Ste. 101
Tacoma, WA 98403
(253) 216-2642

3. Attached as **Exhibit 3** is a true and correct copy of excerpts from the appellate brief of Mr. Kapoustine withholding his address for service based on a stated concern for "security reasons."

4. Attached as **Exhibit 4** is a true and correct copy of a letter from AAA dated October 5, 2026, acknowledging initiation of the arbitration.

5. Attached as **Exhibit 5** is true and correct copy of email correspondence from Mr. Kapoustine dated October 5, 2026, declining to provide AAA with his address for mailing for the purposes of arbitration.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated this 6th day of October, 2026, at Tacoma, Washington.

DEMAINE SEEBERGER PLLC

*s/Brennen Johnson*

Brennen Johnson, WSBA #51665
2115 N. 30th St., Ste. 101
Tacoma, WA 98403-3318
(253) 216-2642
brennen@demaineseeberger.com
*Attorney for Plaintiff DejaVuAI, Inc.*