Hon. Jamal N. Whitehead

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| DEJAVUAI INC.,<br><br>Plaintiff,<br>v.<br><br>FYODOR KAPUSTIN also known as TED also known as FYODOR KAPUSTINE,<br><br>Defendant. | NO. 2:25-CV-00915-JNW<br><br>DECLARATION OF EDWARD BEATON IN SUPPORT OF PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTION TO DISMISS |

I, Edward Beaton, declare the following based on personal knowledge of the stated facts and referenced materials:

1. I am the Chief Executive Officer for Plaintiff DejaVuAI, Inc.

2. The exhibits previously submitted in support of Plaintiff's motion for contempt for violation of the Court's preliminary injunction (*see* Dkts. 87, 88) detail conduct by Defendant Fedor Kapoustine that has significantly harmed DejaVuAI Inc. financially. Since the motion for contempt was filed, such conduct has been ongoing.

3. Defendant's online activity in violation of the preliminary injunction, which he expressly describes in social media posts as an effort to bankrupt the company, has had a substantial impact on the company's resources, employees, business partners, and investors.

4. Current and prospective investors have advised me of their serious concerns about Defendant's online violations of the preliminary injunction which have continued

undeterred, which they have reviewed during the due diligence process. Multiple investors have informed me that further investment in the company cannot proceed until Defendant's violations of the preliminary injunction have been halted.

5. Additionally, current and prospective business partners have advised me of their serious concerns about Defendant's violations of the preliminary injunction, some of which have directly named and targeted them online. In a number of cases, Defendant has directly reached out to DejaVuAI Inc.'s licensees claiming that company software he had previously written is "buggy" and "defective." Defendant's actions have seriously interfered with our business operations and relations with these partners.

6. Defendant's violations of the preliminary injunction have severely strained DejaVuAI Inc.'s resources. As a result, the timing and availability of funds to address upfront costs of commercial arbitration required careful consideration and were delayed.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

**DATED** this 29th day of September, 2026.

Signed by:
[signature]
AD73D4207936444...

Edward Beaton, CEO
711 Capitol Way South, Suite 204
Olympia, WA 98501-1267
Edward@dejavuai.com