---

**From:** [redacted]
**Date:** Sunday, April 26, 2026 at 6:21 PM
**To:** Edward Beaton <edward@dejavuai.com>
**Subject:** Re: DejaVuAI Series A1 Financing
The Ted issue is that it continues to be a drain on mgmt and legal and cash.

I've invested in a crazy co-founder fight situation before where he, just like Ted, would rather see the company fail than succeed. It failed.

The other issue is all of the AP.

We're passing on this round.

[redacted]
**General Partner**

Fort Worth, TX, USA [redacted]
Zürich, Switzerland [redacted]
Singapore [redacted]

www.eagleventurefund.com

Backing the Bold,
Forging Human Flourishing | EAGLE Venture Fund

Past performance is no guarantee of future results. All financial projections, financial information, pro forma statements, and other documents are only estimates of potential revenues, expenses, cash flow, and profits and losses. Any estimates do not guarantee projections of investment returns. It is very possible that the actual results of the investments could vary substantially from calculations.The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. If the reader of this message is not the intended recipient or an agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message. Please also be advised that all e-mail sent to or from this address may be received or otherwise recorded by the firm's e-mail system and is subject to archival and review by someone other than the recipient.

On Apr 26, 2026, at 9:28 AM, Edward Beaton <edward@dejavuai.com> wrote:

Thx [redacted]
I'm very unclear on the TedK issue what the issue is. We have done everything permissible under the law. Filling contempt charges, fighting to support the PI, getting new legal rep, filed criminal charges in Europe , collaborating with Paliscope, removing his shares, changing the shareholder agreement are all things we have done to remove him from our ecosystem . Most followers by now must think he is 'irrational' at best

The courts move slowly and sometimes in unexpected ways so I think we are exercising that avenue already.

We have applied to, escalated etc to LinkedIn but at this stage they will only respond to a court order which is why we filed contempt charges .. [redacted]

In terms of debt, attempts to cut payroll will release HT employees which would be detrimental to development and our reputation. We cut CEO expense to zero and the same for in-house counsel which is saving us a lot. Staff have already paid expenses on our behalf, which is why the debts are high. [redacted]

I would like to have a short call with you if at all possible . I am free this afternoon or anytime Monday (although I suspect you are busy then). Please let me know what time works for you.. thx

Sent from Ted Beaton's iPhone
cell: [redacted]

Email: [redacted]

> On Apr 25, 2026, at 8:18 AM, [redacted] wrote:
>
> Edward:
>
> [redacted]
>
> We've previously communicated our concerns and our requirements to consider additional investment. A few items haven't yet been addressed or resolved, such as #3 and #6 on your list below. We're not prepared to invest until they are cleaned up, so please keep us posted on your progress. The continued issues with Ted are particularly concerning.
>
> Thanks,

[redacted]
**General Partner**

Fort Worth, TX, USA [redacted]
Zürich, Switzerland [redacted]
Singapore [redacted]

www.eagleventurefund.com

Past performance is no guarantee of future results. All financial projections, financial information, pro forma statements, and other documents are only estimates of potential revenues, expenses, cash flow, and profits and losses. Any estimates do not guarantee projections of investment returns. It is very possible that the actual results of the investments could vary substantially from calculations.The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. If the reader of this message is not the intended recipient or an agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message. Please also be advised that all e-mail sent to or from this address may be received or otherwise recorded by the firm's e-mail system and is subject to archival and review by someone other than the recipient.

On Apr 24, 2026, at 3:49 PM, Edward Beaton <edward@dejavuai.com> wrote:

Folks I know Monday is a busy day for you all but given that I have not received closure from you all, I am holding a quick meeting on Tuesday at 11 am ET to understand where we sit on this financing and what our options are, going forward. Please let me know if you CAN NOT make it.

Thanks

Edward ('Ted') Beaton
CEO DejaVuAI Inc.
edward@dejavuai.com
[redacted]

---

**From:** Edward Beaton <edward@dejavuai.com>
**Date:** Friday, April 24, 2026 at 8:56 AM
**To:** [redacted]
**Subject:** FW: DejaVuAI Series A1 Financing

Would you like a brief call to review all of the attached and ask questions? Let me know what timing works for you. So far [redacted], myself and [redacted] are in and Johnny Kessler may be converting his debt to equity (we'll hear today).

Edward ('Ted') Beaton
CEO DejaVuAI Inc.
edward@dejavuai.com
[redacted]

---

**From:** Edward Beaton <edward@dejavuai.com>
**Date:** Thursday, April 23, 2026 at 8:04 AM
**To:** [redacted]
**Cc:** [redacted]
**Subject:** Re: DejaVuAI Series A1 Financing

[redacted]

Regarding your suggestions of March 6, here is the full update.

[redacted]

[redacted]

3. Regarding conversion of the debts to a smaller size, very little has been done. We have replaced K&L Gates with a more appropriate Seattle based legal team. [redacted] All other debts are still in place.

[redacted]

6. TedK – we have filed a request for him to be held in contempt of court for flagrant violation of the Temporary Injunction, including a request for a court order to remove Ted from LinkedIn. His rants have become increasingly erratic and may result in charges from European entities as he violates various laws. This week, he filed an appeal from the granting of the Injunction, which we will defend. The bar for overturning a temporary injunction is pretty high and it's possible that his bad conduct in violating the injunction might be sufficient to defeat his appeal.

[redacted]

In summary, we are optimistic about the future and all efforts are focused on the generation of sales and revenue. We will be sending out updates as sales are rung in.

Edward ('Ted') Beaton
CEO DejaVuAI Inc.
edward@dejavuai.com
[redacted]

---

**From:** Edward Beaton <edward@dejavuai.com>
**Date:** Wednesday, April 22, 2026 at 8:22 AM
**To:** [redacted]
**Cc:** [redacted]
**Subject:** Re: DejaVuAI Series A1 Financing

I am tied up most of the day so will get back to you with details tonight.
The biggest change is that the 2 new products have brought revenue forward into 2Q ahead of plan. Let me share the details tonight.

---

**From:** [redacted]
**Date:** Wednesday, April 22, 2026 at 8:14 AM
**To:** Edward Beaton <edward@dejavuai.com>, [redacted]
**Cc:** [redacted]
**Subject:** Re: DejaVuAI Series A1 Financing
Thanks for the updates Edward and Graham.

Any update to my previous email (pasted below)?

Of particular interest is an updated financial forecast, an update on the AP and loans from employees, and the burn rate.

Thanks,

[redacted]

[redacted]
**General Partner**

Fort Worth, TX, USA [redacted]
Zürich, Switzerland [redacted]
Singapore [redacted]

www.eagleventurefund.com

Past performance is no guarantee of future results. All financial projections, financial information, pro forma statements, and other documents are only estimates of potential revenues, expenses, cash flow, and profits and losses. Any estimates do not guarantee projections of investment returns. It is very possible that the actual results of the investments could vary substantially from calculations.The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. If the reader of this message is not the intended recipient or an agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message. Please also be advised that all e-mail sent to or from this address may be received

or otherwise recorded by the firm's e-mail system and is subject to archival and review by someone other than the recipient.

On Apr 17, 2026, at 3:36 PM, Edward Beaton <edward@dejavuai.com> wrote:

Gents some additional comments
[redacted]
Please let me know if you have any questions

Edward ('Ted') Beaton
CEO DejaVuAI Inc.
edward@dejavuai.com
[redacted]

---

**From:** Edward Beaton <edward@dejavuai.com>
**Date:** Friday, April 17, 2026 at 8:37 AM
**To:** [redacted]
**Cc:** Jonathan Rosenoer <j.rosenoer@dejavuai.com>, Johnny Kessler <johnny@dejavuai.com>
**Subject:** DejaVuAI Series A1 Financing
Gentlemen,
Please see the attached Series A1 Financing round announcement for DejaVuAI. The notes will be identical to the T&C in the previous Convertible Note round.

This financing is to be offered in accordance with your shareholding position but I am already aware of 20-40% shareholdings who will NOT be investing in this round so you are essentially free to invest whatever amount you choose.

Please call me if you have any questions at all.

Edward ('Ted') Beaton
CEO DejaVuAI Inc.
edward@dejavuai.com
[redacted]