Hon. Jamal N. Whitehead

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

DEJAVUAI INC.,

Plaintiff,

v.

FYODOR KAPUSTIN also known as TED also known as FYODOR KAPUSTINE,

Defendant.

NO. 2:25-CV-00915-JNW

DECLARATION OF BRENNEN JOHNSON REGARDING FEES RELATED TO SEEKING CONTEMPT ORDER

I, Brennen Johnson, am one of the attorneys representing Plaintiff DejaVuAI Inc., and I submit this declaration and the accompanying exhibits based on my personal knowledge.

1. The following chart outlines the total hours and costs associated with undersigned counsel's preparation of the motion for contempt (Dkt. 87), subsequent emergency motion (Dkt. 104), and conferring with the client in relation to these motions.

| Invoice No. | Invoice Date | Hours | Cost |
|---|---|---|---|
| 3285 | 04-30-2026 | 6.70 | $2,680.00 |
| 3425 | 05-31-2026 | 10.30 | $2,640.00 |
| 3551 | 06-30-2026 | 1.30 | $520.00 |
| 3706 | 07-31-2026 | 0.30 | $120.00 |
| 4179 | 10-31-2026 | 8.30 | $3,320.00 |
| **Total** | | **26.90** | **$9,280.00** |



deMaine Seeberger PLLC
2115 N. 30th St., Ste. 101
Tacoma, WA 98403
(253) 216-2642

2. Attached as **Exhibit 1** is a true and correct copy of the invoices issued to Plaintiff DejaVuAI Inc. from the office of undersigned counsel, from which the above-listed totals in Paragraph 1 are derived. The invoices detail the work performed for each period of time billed to the client, have been redacted to remove all entries not associated with the above-mentioned motions, as well as client information and account balances not relevant to Plaintiff's request for fees.

3. In addition, undersigned counsel notes that the Court's contempt order (Dkt. 111) has already proven insufficient to elicit compliance by Defendant with the Court's orders and its preliminary injunction. Most significantly, Mr. Kapoustine has not removed any online LinkedIn posts as ordered by the Court. Further, he has since issued at least eight additional online posts that appear to violate the Court's preliminary injunction and its contempt order, as outlined below.

4. Attached as **Exhibit 2** is a true and correct copy of a post from November 2, 2026, continuing to refer to DejaVuAI Inc. as "scammers."

5. Attached as **Exhibit 3** is a true and correct copy of another post from November 2, 2026, continuing to refer to DejaVuAI Inc. as "scammers."

6. Attached as **Exhibit 4** is a true and correct copy of a post from November 3, 2026, continuing to refer to DejaVuAI Inc. as "scammers."

7. Attached as **Exhibit 5** is a true and correct copy of a post from November 4, 2026, stating that a DejaVuAI Inc. employee is a "fraudster."

8. Attached as **Exhibit 6** is a true and correct copy of a post from November 6, 2026, continuing to refer to DejaVuAI Inc. as "scammers."

9. Attached as **Exhibit 7** is a true and correct copy of a post from November 7,



deMaine Seeberger PLLC
2115 N. 30th St., Ste. 101
Tacoma, WA 98403
(253) 216-2642

2026, referring to DejaVuAI Inc. products as "outdated" and "buggy" and tagging/contacting the accounts of a DejaVuAI Inc. business associate.

10. Attached as **Exhibit 8** is a true and correct copy of a post from November 9, 2026, tagging a DejaVuAI Inc. employee and stating that the employee has committed crimes.

11. Attached as **Exhibit 9** is a true and correct copy of a post from November 5, 2026, again referring to DejaVuAI Inc. as "scammers," and claiming that DejaVuAI Inc. has bribed or otherwise paid the Court.

12. On his LinkedIn profile, Mr. Kapoustine continues to title himself the "sole owner of DejaVuAI reverse image search," which is visibly repeated in all of his online posts on LinkedIn.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated this 12th day of November, 2026, at Tacoma, Washington.

deMAINE SEEBERGER PLLC

Brennen Johnson, WSBA #51665
*Attorney for Plaintiff DejaVuAI Inc.*
brennen@demaineseeberger.com



deMaine Seeberger PLLC
2115 N. 30th St., Ste. 101
Tacoma, WA 98403
(253) 216-2642

## CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury under the laws of the State of Washington that the following is true and correct:

That on the date signed below, I caused to be served in the manner indicated a true and accurate copy of the foregoing, **DECLARATION OF BRENNEN JOHNSON REGARDING FEES RELATED TO SEEKING CONTEMPT ORDER**, by the method indicated below and addressed to the following:

| | | |
|---|---|---|
| ***Defendant FYODOR KAPUSTIN also known as TED also known as FYODOR KAPUSTINE***<br>ted.kapustin@pm.me | ☐ U.S. Mail<br>☐ Hand Delivery<br>☐ Facsimile | ☐ Overnight<br>☑ E-mail/E-Service<br>☐ Messenger |

Signed this 12th day of November, 2026, at Tacoma, Washington.

*s/ Deanna Sithideth*
Deanna Sithideth, Legal Assistant
deanna@demaineseeberger.com



deMaine Seeberger PLLC
2115 N. 30th St., Ste. 101
Tacoma, WA 98403
(253) 216-2642