**EXHIBIT 1**

# INVOICE

deMaine Seeberger PLLC
2115 N. 30th St., Ste. 101
Tacoma, WA - Washington 98403

Invoice #: 4179
Date: 10-31-2026

DejaVuAI Inc.

Matter #3851-0001BJJ-DejaVuAI v. Kapustin

Services

| Date | Atty | Description | Quantity | Rate | Total |
|---|---|---|---|---|---|
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |

| | | | | | | |
|---|---|---|---|---|---|---|
| [redacted] | [redacted] | [redacted] | | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | | [redacted] | [redacted] | [redacted] |
| 10-21-26 | BJJ | Call with client re: options on expediting emergency motion on contempt and priorities on arbitration | | 0.30 | 400.00 | $120.00 |
| 10-21-26 | BJJ | Draft emergency motion for additional TRO and contempt with selection of supporting exhibits and outline of needed declaration information from client | | 5.30 | 400.00 | $2,120.00 |
| 10-22-26 | BJJ | Review/respond to email from client re: use of social media postings in emergency motion for TRO on LinkedIn postings | | 0.10 | 400.00 | $40.00 |
| 10-23-26 | BJJ | Review motion to expedite appeal of preliminary injunction by Defendant | | 0.30 | 400.00 | $120.00 |
| 10-23-26 | BJJ | Review/respond to emails with Johnny Kessler re: updated exhibit | | 0.20 | 400.00 | $80.00 |
| 10-26-26 | BJJ | Review email from Defendant re: proposed order submission on emergency motion | | 0.10 | 400.00 | $40.00 |
| 10-26-26 | BJJ | Revise and finalize emergency TRO motion to include Foton sale enjoinment and additional exhibits, emails/call with client re: declarations, and approve for filing | | 0.90 | 400.00 | $360.00 |
| [redacted] | [redacted] | [redacted] | | [redacted] | [redacted] | [redacted] |
| 10-27-26 | BJJ | Call with Jonathan Rosenoer re: further online posting of defendant and contact to investors | | 0.20 | 400.00 | $80.00 |
| 10-28-26 | BJJ | Call with Johnny Kessler re: concerns over online posting and emergency motion status | | 0.50 | 400.00 | $200.00 |
| 10-28-26 | BJJ | Call from Johnathan Rosenoer re: emergency motion status and next steps | | 0.10 | 400.00 | $40.00 |
| 10-29-26 | BJJ | Call to emergency docket case administrator re: status on response and emergency motion review | | 0.20 | 400.00 | $80.00 |
| 10-29-26 | BJJ | Calls from Jonathan Rosenoer re: emergency motion status and info from case administrator | L120 | 0.10 | 400.00 | $40.00 |
| [redacted] | [redacted] | [redacted] | | [redacted] | [redacted] | [redacted] |

Services Subtotal: [redacted]

| | |
|---|---|
| [redacted] | [redacted] |
| [redacted] | [redacted] |
| [redacted] | [redacted] |
| [redacted] | [redacted] |

Timekeeper Summary

| Name | Initials | Hours | Rate | Total |
|---|---|---|---|---|
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |

Trust Account Balance $0.00

Total Matter Balance [redacted]

Please make all amounts payable to: deMaine Seeberger PLLC
Firm Tax ID: [redacted]

# INVOICE

deMaine Seeberger PLLC
2115 N. 30th St., Ste. 101
Tacoma, WA - Washington 98403

Invoice #: 3706
Date: 07-31-2026

DejaVuAI Inc.

Matter #3851-0001BJJ-DejaVuAI v. Kapustin

## Services

| Date | Atty | Description | Quantity | Rate | Total |
|---|---|---|---|---|---|
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| 07-06-26 | BJJ | Call with Jonathan Rosenoer re: impacts on company [redacted] pending lack of information on pending motion to compel and options | 0.30 | 400.00 | $120.00 |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |

Services Subtotal: [redacted]

## Expenses

| Date | Atty | Description | Quantity | Rate | Total |
|---|---|---|---|---|---|
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |

Expenses Subtotal: [redacted]

| Date | Payment Method | No | Amount |
|---|---|---|---|
| [redacted] | [redacted] | | [redacted] |

| | |
|---|---|
| [redacted] | [redacted] |
| [redacted] | [redacted] |
| [redacted] | [redacted] |
| [redacted] | [redacted] |

Timekeeper Summary

| Name | Initials | Hours | Rate | Total |
|---|---|---|---|---|
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |

Trust Account Balance $0.00

Total Matter Balance [redacted]

Please make all amounts payable to: deMaine Seeberger PLLC
Firm Tax ID: [redacted]

# INVOICE

deMaine Seeberger PLLC
2115 N. 30th St., Ste. 101
Tacoma, WA - Washington 98403

Invoice #: 3551
Date: 06-30-2026

DejaVuAI Inc.

Matter #3851-0001BJJ-DejaVuAI v. Kapustin

Services

| Date | Atty | Description | Quantity | Rate | Total |
|---|---|---|---|---|---|
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| 06-15-26 | BJJ | Review additional social media posts by defendant and email from client re: issues on potentially notifying judge | 0.10 | 400.00 | $40.00 |
| 06-15-26 | BJJ | Draft email to Jonathan Rosenoer re: continued social media posts, ex parte contact with judge's clerk, and potential follow-up emergency motion for contempt | 0.20 | 400.00 | $80.00 |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| 06-22-26 | BJJ | Call to Court deputy re: status on motion for contempt | 0.10 | 400.00 | $40.00 |
| 06-24-26 | BJJ | Call with Johnny Kessler re: motion for contempt status and issues/options to consider in coming weeks with arbitration and available relief on potential contempt order | 0.90 | 400.00 | $360.00 |

| | | | | | |
|---|---|---|---|---|---|
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |

Services Subtotal: [redacted]

| Date | Payment Method | No | Amount |
|---|---|---|---|
| [redacted] | [redacted] | | [redacted] |

| | |
|---|---|
| [redacted] | [redacted] |
| [redacted] | [redacted] |
| [redacted] | [redacted] |
| [redacted] | [redacted] |

Trust Transactions Since Last Invoice

Beginning Balance: [redacted]

| Date | Reference | Funds In | Funds Out |
|---|---|---|---|
| [redacted] | [redacted] | [redacted] | [redacted] |

Balance: $0.00

Timekeeper Summary

| Name | Initials | Hours | Rate | Total |
|---|---|---|---|---|
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |

Trust Account Balance $0.00

Total Matter Balance [redacted]

Please make all amounts payable to: deMaine Seeberger PLLC
Firm Tax ID: [redacted]

# INVOICE

deMaine Seeberger PLLC
2115 N. 30th St., Ste. 101
Tacoma, WA - Washington 98403

Invoice #: 3425
Date: 05-31-2026

DejaVuAI Inc.

Matter #3851-0001BJJ-DejaVuAI v. Kapustin

Services

| Date | Atty | Description | Quantity | Rate | Total |
|---|---|---|---|---|---|
| 05-01-26 | BJJ | Review Plaintiff's response to motion for contempt | 0.30 | 400.00 | $120.00 |
| 05-01-26 | BJJ | Draft email to client with preliminary input and drafted argument for use in reply on motion for contempt | 0.60 | 400.00 | $240.00 |
| 05-05-26 | JJB | Strategize and review steps concerning motion to seal to get redacted and unredacted declarations filed by the end of the day | 0.30 | 150.00 | $45.00 |
| 05-05-26 | JJB | Review and analyze Western District of Washington Local Rule 5(g) concerning motions to seal and filing sealed documents | 0.60 | 150.00 | $90.00 |
| 05-05-26 | JJB | Review and analyze motion for contempt, reply, and supporting declaration | 1.20 | 150.00 | $180.00 |
| 05-05-26 | JJB | Review email correspondence from client regarding reply in support of motion for contempt and motion to seal | 0.20 | 150.00 | $30.00 |
| 05-05-26 | JJB | Review and analyze draft motion to seal | 0.30 | 150.00 | $45.00 |
| 05-05-26 | JJB | Review email correspondence between client to defendant regarding meet and confer on motion to seal | 0.30 | 150.00 | $45.00 |
| 05-05-26 | JJB | Review email correspondence from client regarding paragraphs and exhibits to be filed under seal | 0.30 | 150.00 | $45.00 |
| 05-05-26 | JJB | Make revisions to reply in support of motion for contempt | 0.30 | 150.00 | $45.00 |
| 05-05-26 | JJB | Make revisions to motion to seal | 0.30 | 150.00 | $45.00 |

| | | | | | |
|---|---|---|---|---|---|
| 05-05-26 | BJJ | Review and revise reply on motion for contempt | 1.00 | 400.00 | $400.00 |
| 05-05-26 | BJJ | Draft motion to seal and communicate with client re: reply on motion for contempt and motion to seal issues | 1.00 | 400.00 | $400.00 |
| 05-05-26 | JJB | Review email correspondence from client regarding need for meet in confer in light of filing deadline of Thursday instead of Tuesday | 0.10 | 150.00 | $15.00 |
| 05-06-26 | BJJ | Revise and finish motion to seal and select/prepare redactions for Kessler declaration based on final draft from client and review of exhibits | 0.50 | 400.00 | $200.00 |
| 05-07-26 | JJB | Review and analyze draft redacted declaration to be filed with motion to seal | 0.20 | 150.00 | $30.00 |
| 05-07-26 | JJB | Review email correspondence from client concerning sealed declaration and exhibits | 0.20 | 150.00 | $30.00 |
| 05-07-26 | JJB | Close review and analysis of local rules pertaining to sealed documents to ensure compliance | 0.50 | 150.00 | $75.00 |
| 05-07-26 | JJB | Review and analyze case file and all documents to be filed pertaining to reply on motion for contempt and motion to seal to ensure compliance with local rules regarding filing sealed documents | 1.30 | 150.00 | $195.00 |
| 05-07-26 | BJJ | Review and approve finalized materials for filing on motion to seal and reply on motion for contempt | 0.20 | 400.00 | $80.00 |
| 05-07-26 | JJB | Review email correspondence from the Court confirming receipt of all documents filed in support of both the reply to the motion for contempt and the motion to seal | 0.20 | 150.00 | $30.00 |
| 05-08-26 | JJB | Review email correspondence from client regarding filed reply to motion to strike and motion to seal | 0.10 | 150.00 | $15.00 |
| 05-08-26 | BJJ | Review email and info from client and evaluate options on employee harassment issue and LinkedIn posts | 0.20 | 400.00 | $80.00 |
| 05-08-26 | BJJ | Call with client re: LinkedIn post issues, emergency motion option, and next steps if continuing or escalating behavior | 0.40 | 400.00 | $160.00 |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |

Services Subtotal: [redacted]

| Date | Payment Method | No | Amount |
|---|---|---|---|
| [redacted] | [redacted] | | [redacted] |
| [redacted] | [redacted] | | [redacted] |

| | |
|---|---|
| [redacted] | [redacted] |
| [redacted] | [redacted] |
| [redacted] | [redacted] |
| [redacted] | [redacted] |

Timekeeper Summary

| Name | Initials | Hours | Rate | Total |
|---|---|---|---|---|
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |

Trust Account Balance $0.00

Total Matter Balance [redacted]

Please make all amounts payable to: deMaine Seeberger PLLC
Firm Tax ID: [redacted]

# INVOICE

deMaine Seeberger PLLC
2115 N. 30th St., Ste. 101
Tacoma, WA - Washington 98403

Invoice #: 3285
Date: 04-30-2026

DejaVuAI Inc.

Matter #3851-0001BJJ-DejaVuAI v. Kapustin

Services

| Date | Atty | Description | Quantity | Rate | Total |
|---|---|---|---|---|---|
| [redacted] | [redacted] | | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | | [redacted] | [redacted] | [redacted] |
| 04-13-26 | BJJ | Review draft motion and declaration from client in advance of meeting | 0.40 | 400.00 | $160.00 |
| 04-13-26 | BJJ | Call with client re: motion strategy and plan for revisions and completing motion | 0.10 | 400.00 | $40.00 |
| [redacted] | [redacted] | | [redacted] | [redacted] | [redacted] |
| 04-15-26 | BJJ | Revise motion for contempt, draft proposed order, and revise declaration | 5.80 | 400.00 | $2,320.00 |
| [redacted] | [redacted] | | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | | [redacted] | [redacted] | [redacted] |
| 04-20-26 | BJJ | Call from John Kessler re: questions about ongoing social media activity of defendant | 0.10 | 400.00 | $40.00 |
| [redacted] | [redacted] | | [redacted] | [redacted] | [redacted] |

| | | | | | | |
|---|---|---|---|---|---|---|
| 04-28-26 | BJJ | Call with Jonathan Rosenoer re: options on ongoing preliminary injunction violations and appellate submission | A106 / L120 | 0.30 | 400.00 | $120.00 |

Services Subtotal: [redacted]

Expenses

| Date | Atty Description | Quantity | Rate | Total |
|---|---|---|---|---|
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |

Expenses Subtotal: [redacted]

| Date | Payment Method | No | Amount |
|---|---|---|---|
| [redacted] | [redacted] | | [redacted] |

| | |
|---|---|
| [redacted] | [redacted] |
| [redacted] | [redacted] |
| [redacted] | [redacted] |
| [redacted] | [redacted] |

Trust Transactions Since Last Invoice

Beginning Balance: [redacted]

| Date | Reference | Funds In | Funds Out |
|---|---|---|---|
| [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] |

Balance: $0.00

Timekeeper Summary

| Name | Initials | Hours | Rate | Total |
|---|---|---|---|---|
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |

Trust Account Balance $0.00

Total Matter Balance [redacted]

Please make all amounts payable to: deMaine Seeberger PLLC
Firm Tax ID: [redacted]